ORALIA LEBOW, an Infant, by DAVID S. LEBOW, Her Guardian ad Litem, Appellant, v. JOSEPH MARCUS and Another, Copartners, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.